# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jackson, Richard B. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | 04/16/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

US Courthouse
901 19th St
Denver CO 80294

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | PERA STATE OF COLORADO | $75,299.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | SELF-EMPLOYED TRAVEL AGENT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -VANGUARD VALUE VIPERS | B | Dividend | L | T | | | | | |
| 3. -BNY MELLON INSTITUTIONAL S AND P 500 | A | Dividend | L | T | | | | | |
| 4. -BNYMellon International Small Cap | A | Dividend | K | T | Buy | 06/23/20 | K | | |
| 5. -VANGUARD EXTENDED MKT VIPERS | | Dividend | | | Sold | 02/13/20 | K | E | |
| 6. -VANGUARD GROWTH VIPERS | A | Dividend | L | T | | | | | |
| 7. -BNY MELLON MUNICIPAL OPPORTUNITIES FUND | A | Dividend | K | T | | | | | |
| 8. -BNYMELLON NATIONAL INTERMEDIATE MUNICIPAL BOND FUND | B | Dividend | M | T | | | | | |
| 9. -BNY MELLON NATIONAL SHORT TERM MUNICIPAL BOND FUND | A | Dividend | K | T | | | | | |
| 10. -BNYMellon HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 11. -BNYMellonFLOATING RATE INC | A | Dividend | J | T | | | | | |
| 12. -BNY Mellon S GLOBAL Real RETURN | | Dividend | | | Sold | 07/07/20 | J | B | |
| 13. -BNY Mellon Global Real Estate | A | Dividend | J | T | | | | | |
| 14. -BNYMellon DIVERSIFIED EMR MKTS | A | Dividend | K | T | | | | | |
| 15. -TCW EMERGING MKTS INCOME FUND | A | Dividend | K | T | Buy | 06/10/20 | K | | |
| 16. -ISHARES MSCI EAFE INDEX FD | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. -ishares Russell Midcap | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 18. -ishares russell 2000 etf | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 19. -BNYMellon DYNAMIC TOTAL RETURN FUND | | None | | | Sold | 06/23/20 | K | B | |
| 20. -SPDR s&P Dividend | | Dividend | | | Sold | 06/11/20 | K | B | |
| 21. -IShares Tr S & P midcap | | Dividend | | | Sold | 04/01/20 | K | A | |
| 22. -Ishares Tr S&P Small cap | | Dividend | | | Sold | 04/01/20 | J | A | |
| 23. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 24. -FED HOME LN MTG CORP | | Dividend | | | Sold | 01/30/20 | L | A | |
| 25. -FEDERAL HOME LNMTG CORP | | Dividend | | | Sold | 05/01/20 | K | A | |
| 26. -US TREASURY NOTE 2% 11/21 | A | Interest | L | T | | | | | |
| 27. -U.S.TREASURY NOTE 2.25% 4/30/21 | B | Interest | L | T | | | | | |
| 28. -U.S.TREASURY NOTE 2% 2/15/22 | A | Interest | L | T | | | | | |
| 29. -U.S.TREASURY NOTE 2/% 7/31/20 | A | Interest | L | | Sold | 07/31/20 | L | A | |
| 30. -US TREASURY NOTE 2% 2/23 | A | Interest | K | T | | | | | |
| 31. -BERKSHIRE HATHAWAY INC 2/11/23 | A | Interest | K | T | | | | | |
| 32. -INTEL CORP 12/15/22 | A | Interest | K | T | | | | | |
| 33. -ISHARES TR MIDCAP | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.  -ISHARES MSCI EAFE INDX FUND | C | Dividend | M | T | | | | | |
| 35.  -ISharesCore MSCI Emerging Mkts | A | Dividend | K | T | Buy | 12/18/20 | K | | |
| 36.  -IShares Russell 2000 Index Fund | A | Dividend | L | T | Buy | 08/03/20 | K | | |
| 37.  -DFA EMERGING CORE EQUITY | A | Dividend | L | T | | | | | |
| 38.  -BNYMellon instit S AND P 500 STOCK INDEX | E | Dividend | P1 | T | Buy (add'l) | 06/12/20 | N | | |
| 39.  -BNY Mellon DIVERSIFIED INTL | A | Dividend | J | T | Sold (part) | 05/29/20 | L | D | |
| 40.  -BNY Mellon HIGH YIELD 1 | D | Dividend | M | T | Buy (add'l) | 05/29/20 | L | | |
| 41.  -BNY Mellon FLOATING RATE INCOME FUND | D | Dividend | M | T | Buy (add'l) | 05/29/20 | L | | |
| 42.  -BNY Mellon Glbl Dyn Bnd | C | Dividend | L | T | | | | | |
| 43.  -BNY Mel Global Real Estate | A | Dividend | K | T | | | | | |
| 44.  -BNY Mel International Small Cap | A | Dividend | L | T | Buy (add'l) | 07/31/20 | K | | |
| 45.  -BNY Mellon SELECT MGER S/CAP | A | Dividend | L | T | | | | | |
| 46.  -BNY mellon Select Mgr s/cap Growth | A | Dividend | K | T | | | | | |
| 47.  -BNY MELLON INCOME STOCK FUND | B | Dividend | K | T | Sold (part) | 05/05/20 | K | A | |
| 48.  -BNY MELLON CORP BOND | B | Dividend | K | T | Sold (part) | 07/31/20 | L | D | |
| 49.  -BNY Mellon Bond Fund | D | Dividend | O | T | Buy (add'l) | 07/31/20 | L | | |
| 50.  -BNY Mel Adv Dyn totl REt | | Dividend | | | Sold | 05/29/20 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | -Blackrock Inc 3/18/24 | B | Interest | L | T | | | | | |
| 52. | -CATERPILLAR INC 2.6% 6/22 | A | Interest | K | T | | | | | |
| 53. | -TCW Emerging Markets income fund | B | Dividend | M | T | Buy | 06/11/20 | M | | |
| 54. | -Van Eck Cm Commodity Index | A | Dividend | K | | | | | | |
| 55. | -Wells Fargo & Co 3/4/21 | A | Interest | L | T | | | | | |
| 56. | -Anheuser Busch 25000 7/15/22 | | Interest | | | Sold | 07/15/20 | K | A | |
| 57. | -PEPSICO INC 3.125% 11/20 | | Interest | | | Sold | 11/02/20 | K | A | |
| 58. | 401(k) #1 | | | | | | | | | |
| 59. | -PERAdvantage Income Fund | B | Dividend | K | T | | | | | |
| 60. | -PERAdvantage Fixed Income | B | Dividend | K | T | | | | | |
| 61. | -PERAdvantgage US Large Cap Stk | B | Dividend | J | T | | | | | |
| 62. | -PERAdvantage Intl Stock Fd | B | Dividend | J | T | | | | | |
| 63. | BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 64. | --ALAMEDA CNTYH CA TRANSPO AUTHO 3/1/205% | | Interest | | | Sold | 03/02/20 | L | A | |
| 65. | -CHEVRON CORP | B | Dividend | K | T | | | | | |
| 66. | -EXXON MOBIL | C | Dividend | K | T | Sold (part) | 10/27/20 | K | E | |
| 67. | -UNION PAC CORP | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 69. -STARBUCKS CORP | C | Dividend | O | T | | | | | |
| 70. -Medtronic | A | Dividend | J | T | | | | | |
| 71. -NESTLE S A SPONSORED ADR REPSTG REG | A | Dividend | L | T | | | | | |
| 72. -PEPSICO INC | A | Dividend | K | T | | | | | |
| 73. -PROCTER & GAMBLE CO | B | Dividend | K | T | | | | | |
| 74. -JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 75. -PFIZER INC | A | Dividend | J | T | | | | | |
| 76. -JP MORGAN CHASE & CO | A | Dividend | K | T | | | | | |
| 77. -ACCENTURE PLC | A | Dividend | J | T | | | | | |
| 78. -Abbvie Inc | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 79. -Align Technology Inc | | Dividend | | | Sold | 01/30/20 | J | C | |
| 80. -American Tower Corp | A | Dividend | J | T | | | | | |
| 81. -APPLE INC | A | Dividend | M | T | | | | | |
| 82. -Bristol Myers | A | Dividend | J | T | | | | | |
| 83. -Broadcom Inc | B | Dividend | K | T | | | | | |
| 84. -CME Group Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. -Deere and CO | A | Dividend | J | T | | | | | |
| 86. -Eaton Corp | A | Dividend | J | T | Buy | 01/30/20 | J | | |
| 87. -Equinix Inc | A | Dividend | J | T | | | | | |
| 88. -Exact Sciences Corp | | Dividend | | | Sold | 03/27/20 | J | A | |
| 89. -Exelon Corp | A | Dividend | J | T | | | | | |
| 90. -GOOGLE INC/ALPHABET | | None | K | T | | | | | |
| 91. -SALESFORCE.COM INC | | None | L | T | | | | | |
| 92. -S & P Global Inc | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 93. -United Healthgroup Inc | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 94. -Truist Finl Corp | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 95. -ISHARES MSCI EAFE INDEX FD | C | Dividend | M | T | | | | | |
| 96. -Ishares Core S & P Midcap 400 | B | Dividend | L | T | Buy | 03/27/20 | L | | |
| 97. -Ishares Core S & P Small cap | A | Dividend | L | T | Buy | 07/16/20 | L | | |
| 98. -IShares Core MSCI Emerging Mkts | A | Dividend | K | T | Buy | 12/18/20 | K | | |
| 99. -IShares MSCI Emerging Mkts | A | Dividend | K | T | Buy | 03/27/20 | K | | |
| 100. -IShares MSCI eafe small cap | | Dividend | | | Sold | 03/27/20 | K | A | |
| 101. -IShares Russell mid cap | | Dividend | | | Sold | 03/27/20 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. -IShares Russell 2000 etf | | Dividend | | | Sold | 03/27/20 | K | D | |
| 103. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 104. -VANGUARD EXTENDED MARKET VIPERS INDEX FUND | A | Dividend | M | T | | | | | |
| 105. -Visa Inc | A | Dividend | J | T | | | | | |
| 106. -EL PASO CTY CO REV | B | Interest | L | T | | | | | |
| 107. -BNY MELLON MUNICIPAL OPPORTUNITIES | B | Dividend | M | T | | | | | |
| 108. -TUALATIN HILL OR 6.21 | B | Interest | L | T | | | | | |
| 109. -Platte River COPwer 5% 6/1/24 | A | Interest | K | T | | | | | |
| 110. -PROVO UTAH 4% 1/20 | | Interest | | | Sold | 01/02/20 | K | A | |
| 111. -AMAZON .COM INC | A | Dividend | M | T | | | | | |
| 112. -Adams CO 12 Five Star Sch 5.5% 12/15/22 | A | Interest | L | T | Buy | 07/24/20 | L | | |
| 113. -ADOBE SYSTEMS INC | | None | L | T | | | | | |
| 114. -Arapahoe Cty CO School Dstr 5% 5/25 | C | Interest | L | T | | | | | |
| 115. -Aurora CO 5% 8/1/23 | A | Interest | L | T | Buy | 07/29/20 | L | | |
| 116. -Boulder Valley Sch Dis 4% 12/1/26 | B | Interest | L | T | | | | | |
| 117. -CELANESE CORP | A | Dividend | J | T | | | | | |
| 118. -CHARLES SCHWAB CORP | | Dividend | | | Sold | 03/27/20 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -CVS Health | | Dividend | | | Sold | 03/27/20 | J | A | |
| 120. -Cisco Systems | | Dividend | | | Sold | 06/11/20 | K | A | |
| 121. -Denver City Cnty 5% 9/25 | A | Interest | L | T | | | | | |
| 122. -Douglas Cnt Co Sch 5% 12/15/21 | A | Interest | L | T | | | | | |
| 123. -EAGLE GARFIELD 4.0% 12/22 | A | Interest | L | T | | | | | |
| 124. -Englewood CO 5% 12/1/24 | A | Interest | L | T | | | | | |
| 125. -FACEBOOK INC | | None | J | T | | | | | |
| 126. -DENVER CITY & CTY CO SCH 12/19/2021 4% | B | Interest | L | T | | | | | |
| 127. -ABBOTT LABS | A | Dividend | J | T | | | | | |
| 128. -BNY Mellon Dyn Ttl Return | | Dividend | | | Sold | 07/15/20 | M | D | |
| 129. -BNYMellon Floating Rate Income Fund | B | Dividend | L | T | Buy | 06/10/20 | L | | |
| 130. -BNYMellon HIGH YIELD FD | A | Dividend | L | T | | | | | |
| 131. Regional Transprtn Dist CO Sales 5% 11/1/26 | B | Interest | L | S | Buy | 11/02/20 | L | | |
| 132. -TCW EMERGING MKTS INCOME FUND | D | Dividend | M | T | Buy | 06/10/20 | L | | |
| 133. -Univ of Co Enterprise 5% 6/1/22 | A | Interest | L | T | | | | | |
| 134. -Univer of Colorado 5% 6/28 | B | Interest | L | T | | | | | |
| 135. -Weld CO School Dstr 5% 12/24 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136.  -Wiggins CO School Dstr 5% 12/26 | B | Interest | L | T | | | | | |
| 137.  IRA #2 | | | | | | | | | |
| 138.  -BNY MELLON INTERM BOND FUND CLASS M | B | Dividend | L | T | | | | | |
| 139.  -BNYMEllon Bond Fund | B | Dividend | L | T | | | | | |
| 140.  -BNYMellon High Yield Fund | A | Dividend | K | T | Buy | 07/15/20 | K | | |
| 141.  -BNY MELLON SHORT TERM US GOVERNMENT SEC FUND | | Dividend | | | Sold | 07/15/20 | J | A | |
| 142.  -BNYMellon YIELD ENHANCEMENT STRATEGY FUND | | Dividend | | | Sold | 07/15/20 | J | A | |
| 143.  -BNYMellon DYNAMIC TOTAL RETURN | | None | | | Sold | 05/29/20 | J | A | |
| 144.  -BNY MELLON Select ManagerSC FUND | | None | J | T | | | | | |
| 145.  -BNYMellon DIVERSIFIED INTERNATIONAL FUND | A | Dividend | K | T | | | | | |
| 146.  -BNYMellon Emerging Market Fund | A | Dividend | J | T | | | | | |
| 147.  -BNYMellon Global real estate sec | A | Dividend | J | T | | | | | |
| 148.  -BNYMellon Midcap Index | A | Dividend | K | T | | | | | |
| 149.  -BNYMellon Inst S AND P 500 STOCK INDEX FD | B | Dividend | M | T | Buy<br>(add'l) | 07/15/20 | L | | |
| 150.  -BNY Mellon select manager small cap Growth | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 151.  -IShares MSCI Eafe Small Cap Index | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 152.  -Pacific Funds Floating Rate Income | A | Dividend | K | T | Buy | 07/16/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153.  -TCW Emerging Markets income fund | A | Dividend | K | T | Buy | 07/15/20 | K | | |
| 154.  -Van eck Com Commodity | A | Dividend | K | T | | | | | |
| 155.  BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 156.  -BNYMellon Global stock Fund | A | Dividend | K | T | | | | | |
| 157.  BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 158.  -CIT GROUP INC NEW | A | Dividend | J | T | | | | | |
| 159.  -Diversified Real Asset income Fnd | A | Dividend | J | T | | | | | |
| 160.  -GABELLI DIVIDEND & INCOME TRUST | A | Dividend | J | T | | | | | |
| 161.  -AIM INV INVESCO VAN KAMPEN CORP BOND FD. | B | Dividend | K | T | | | | | |
| 162.  -AIM INV INVESTCO VAN KAMPEN HIGH YD FD CLASS A | A | Dividend | K | T | | | | | |
| 163.  -PLUM CREEK TIIMBER CO INC | A | Dividend | J | T | | | | | |
| 164.  -WELLSFARGO WEALTH BUILDER MODERATE BALANCE FUND | A | Dividend | K | T | | | | | |
| 165.  -WELLS FARGO BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 166.  TRUST #1 | | | | | | | | | |
| 167.  -SPDR S AND P 500 FD | A | Dividend | K | T | | | | | |
| 168.  -BNY MELLON NATL INTER MUN BD FUND | A | Dividend | K | T | | | | | |
| 169.  -BNYMellon Dynamic Total return fund | | Dividend | | | Sold | 04/01/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -BNYMellon Mun Opportunity Fund | A | Dividend | J | T | | | | | |
| 171. -bny mellon natl short term mun bond | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 172. -BNY MELLON SMALL CAP MULTI STRATEGY | | None | J | T | | | | | |
| 173. -BNYMellon HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 174. -BNYMellon FLOATING RATE INCOME FUND | A | Dividend | J | T | | | | | |
| 175. -BNYMellon GLOBAL REAL ESTATEFUND | A | Dividend | J | T | | | | | |
| 176. -DFA EMERGING MARKETS CORE EQUITY | A | Dividend | J | T | | | | | |
| 177. -ishares Russell Midcap | A | Dividend | J | T | | | | | |
| 178. -ishares MSCI Eafe | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 179. -ishares MSCI Eafe small cap | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 180. -TCW EMERGING MKTS INCOME FD | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 181. -Van Eck Cm Commodity | A | Dividend | J | T | | | | | |
| 182. TRUST #2 | | | | | | | | | |
| 183. -SPDR S&P500ETF | B | Dividend | M | T | Buy (add'l) | 07/16/20 | K | | |
| 184. -BNYMellon DYNAMIC TOTAL REFUND FUND | | Dividend | | | Sold | 05/29/20 | J | A | |
| 185. -ISHARES MSCI EAFE INDX FD | A | Dividend | K | T | | | | | |
| 186. -IShares MSCI Eafe Small Cap Index | A | Dividend | J | T | Buy | 07/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 187.  -Ishares Russell MidCap Index | A | Dividend | K | T | | | | | |
| 188.  -IShares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 189.  -TCWEMERGING MKTS INCOME FUND | A | Dividend | K | T | Buy | 06/11/20 | J | | |
| 190.  -BNYMellon FLOATING RATE INCOME FUND | A | Dividend | K | T | | | | | |
| 191.  -BNYMellon DIVERSIFIED INTL | | None | | | Sold | 05/20/20 | J | A | |
| 192.  -BNYMellon Diversified Emerging Mkts | A | Dividend | J | T | | | | | |
| 193.  -BNYMellon Global Real Estate | A | Dividend | J | T | | | | | |
| 194.  -BNY Mel High Yield | A | Dividend | J | T | | | | | |
| 195.  -BNYMELLON NATIONAL SHORT TERM MUN FUND | A | Dividend | J | T | | | | | |
| 196.  -Van Eck CM Commodity Index Fund | A | Dividend | J | T | | | | | |
| 197.  -BNY Mellon Municipal Opport Fund | A | Dividend | K | T | | | | | |
| 198.  -BNYMellon Natl Intermed Muni Bond Fund | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/16/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Richard B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544